IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JOSEPH HEDGCOTH,

          Plaintiff,                  No. CIV S-11-1328 JAM EFB PS

     vs.

KEN ELWER, et al.,

          Defendants.         <u>ORDER</u>

_____/

      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that he is unable to prepay fees and costs or give security for them.  Dckt. No. 2.  However, a review of the affidavit reveals that it has not been signed or dated.  Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is dated and signed under penalty of perjury.  The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.[1]

      SO ORDERED.

DATED:  May 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Further, it is unclear from plaintiff's complaint what relief plaintiff seeks or whether plaintiff is alleging a cognizable claim.  In fact, plaintiff's complaint is incomprehensible.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines that the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  Nonetheless, the court defers ruling on these issues until after plaintiff's *in forma pauperis* status is determined.