IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JOSEPH HEDGCOTH,

      Plaintiff,         No. CIV S-11-1328 JAM EFB PS

  vs.

KEN ELWER, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On July 5, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The proposed Findings and Recommendations filed July 5, 2011, are ADOPTED;

      2. Plaintiff's application to proceed *in forma pauperis* is DENIED;

      3. Plaintiff is granted thirty days in which to pay the filing fee of $350.00; and

////

1      4.  Plaintiff is admonished that failure to pay the required filing fee will result in a
2 recommendation by the assigned magistrate judge that this action be dismissed.
3 DATED: September 28, 2011
4
5                                        /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
6